FILED
CLERK, U.S. DISTRICT COURT
MAY 19, 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN ESPINO, | No. 05-8015-VBF(CW) |
| Petitioner, | JUDGMENT |
| v. | |
| JOHN F. SALAZAR (Acting Warden), | |
| Respondent. | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed, with prejudice, as untimely.

DATED: May 19, 2008

_____
VALERIE BAKER FAIRBANK
United States District Judge